## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

| | |
|---|---|
| Civil Action No.:  08-cv-01228-EWN-KLM | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| Date: November 5, 2008 | Courtroom Deputy, Kathleen Finney |

_____

| | |
|---|---|
| PRECISION FITNESS EQUIPMENT, INC., | Samantha T. Haimo |
| **Plaintiff(s),** | |
| v. | |
| NAUTILUS, INC., | Matthew J. Smith |
| **Defendant(s).** | |

_____
### COURTROOM   MINUTES  /  MINUTE  ORDER
_____

**HEARING:   TELEPHONIC MOTIONS HEARING**
**Court in Session: 10:32 a.m.**
Court calls case.    Telephonic appearance of counsel.

Court calls hearing on Plaintiff's Motion for Protective Order regarding the deposition of Richard Wasserlauf  [Docket No. 23 , filed 10/27/08].

Parties state that they have reached an agreement regarding the Motion [No. 23].  Parties make a joint oral motion to modify case management deadlines.

**It is ORDERED:**   Parties' joint oral motion to modify case management deadlines is **GRANTED.**  The deadline to serve written discovery is reset to **JANUARY 14, 2009.**  Discovery deadline is reset to **FEBRUARY 16, 2009.**
Dispositive motions deadline is reset to **MARCH 30, 2009.**

**<u>PRELIMINARY PRETRIAL CONFERENCE</u>**  is reset to **MARCH 3, 2009 AT 1:00 P.M.**
Preliminary Pretrial Order is due  **no later than five (5) days**  before the  Pretrial Conference.   (See the court's website  **www.cod.uscourts.gov**   for Instructions for Preparation and Submission.)  In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**SETTLEMENT CONFERENCE** is reset to **MARCH 3, 2009 AT 1:30 P.M.**
Attorney(s) and Client(s)/Client Representative(s), including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Mix on or before **February 24, 2009** in accordance with the Court's *Instructions for Preparation of Confidential Settlement* Statements, Effective January 1, 2008.

The Updated Confidential Settlement Statements shall be sent via e-mail in a PDF format to Mix_Chambers@cod.uscourts.gov
All additional settlement material (*i.e.* exhibits, deposition transcripts, documents) shall be submitted to the court as hard copies. Counsel shall indicate in their e-mail if they are submitting additional information for the Court to read.
Any additional material shall be delivered to the Office of the Clerk of the Court in an envelope marked "Personal Per Magistrate Judge Mix's Instructions".


**It is ORDERED:** Plaintiff's Motion for Protective Order regarding the deposition of Richard Wasserlauf [Docket No. 23, filed 10/27/08] is **DENIED AS MOOT.**

HEARING CONCLUDES.

**Court in recess: 10:40 a.m.**
Total In-Court Time: 00:08

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.