IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01228-CMA-KLM

PRECISION FITNESS EQUIPMENT, INC.,

    Plaintiff,

v.

NAUTILUS, INC.,

    Defendant.

## ORDER REGARDING PRELIMINARY INJUNCTION

This matter is before the Court on Defendant Nautilus, Inc.'s Motion for Preliminary Injunction (Doc. # 29). Plaintiff Precision Fitness Equipment, Inc. has not responded to the Motion. Accordingly,

The Motion is hereby GRANTED and the Court ORDERS as follows:

1. During the pendency of this action, Precision Fitness Equipment, Inc. ("PFE"), its officers, agents, representatives, servants, employees, successors and assigns, and all others in active concert of participation with PFE, shall restrain from:

    a. acquiring, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying, or making any other infringing use or infringing distribution of equipment or related products protected by Nautilus Inc.'s registered trademarks and service mark, including but not limited to, the marks Nautilus®, Schwinn®,

Stair Master® and Bowflex® (the "Nautilus Trademark equipment"), as well as any variations thereof;

      b.    using, advertising, promoting, marketing or displaying any Nautilus registered trademark and service mark including but not limited to, the marks Nautilus®, Schwinn®, Stair Master® and Bowflex® at any of their office or store locations, including the Nautilus sign currently displayed at 7080 West State Road 84, Davie, FL 33317, which PFE shall remove on or before January 31, 2009;

      c.    disparaging or making any untrue statements concerning Nautilus or any Nautilus Trademark equipment.

2.    Nautilus retains the right to seek damages in this action including compensatory damages, treble damages, attorneys' fees, costs and interest under 15 U.S.C. § 1117, as a result of any infringement by PFE of Nautilus's registered trademarks.

DATED: January  22 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge