IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01228-CMA-KLM

PRECISION FITNESS EQUIPMENT, INC.,

    Plaintiff,

v.

NAUTILUS, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for Clarification as to Plaintiff's Response to Defendant's Motion to Amend** [Docket No. 62; Filed February 9, 2009] (the "Motion").

    In light of the Court's Order staying the above-captioned case [Docket No. 63], IT IS HEREBY **ORDERED** that the Motion is **DENIED AS MOOT**.

    Dated: February 10, 2009