IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01228-CMA-KLM

PRECISION FITNESS EQUIPMENT, INC.,

    Plaintiff,

v.

NAUTILUS, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Exclude Testimony Regarding Undisclosed Damages** [Docket No. 191; Filed October 19, 2010] (the "Motion"). On November 3, 2010, Defendant filed a Notice of Withdrawal of Motion to Exclude Testimony Regarding Undisclosed Damages [Docket No. 206]. In the Notice, Defendant states that the Motion has been rendered moot. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**.

    Dated: December 17, 2010